IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARYL THOMAS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D14-3452

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed November 3, 2014.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Daryl Thomas, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.  See Fla. R. App. P. 9.141(d)(5).

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.